

**Giroux Pappas**
TRIAL ATTORNEYS

July 8, 2024

Clerk of the Court
U.S. Court of Appeals for the Sixth Circuit
100 East Fifth Street, Room 540
Cincinnati, Ohio 45202-3988

Re:  Scheduling of Oral Argument in *Jeffrey Franz, et al v. Oxford Community School District, et al*
Sixth Circuit Case Nos. 23-1483/23-1484/23-1487/23-1489/23-1490/23-1491/23-1492/23-1493/23-1496/23-1560/23-1561/23-1563/23-1564/23-1565
Our Case No. 2623

Dear Clerk:

Please be advised that I will be unavailable for oral argument in the above-referenced matter from September 23-October 4, 2024 as I will be on an international trip during those dates. I ask that the Court please consider this in scheduling oral argument in this case.

Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

*Giroux Pappas Trial Attorneys*

Matthew D. Klakulak
Attorney for Nicholette Asciutto, et al Plaintiff-Appellees in Case No. 23-1484

GIROUX PAPPAS TRIAL ATTORNEYS, P.C.
28588 Northwestern Hwy, Suite 100 • Southfield, MI 48034 • O: 248.531.8665 • F: 248.308.5540 • GreatMiAttorneys.com